**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

St. Paul Motorsports, Inc.
d/b/a St. Paul Harley-Davidson,

        Plaintiff,

v.

Harley-Davidson Motor Company, Inc.
d/b/a Harley-Davidson Motor Company,

        Defendant.

Court File No.: 11-CV-03229 PJS/TNL

**STIPULATION TO HOLD CASE IN ABEYANCE**

---

    1.    On November 10, 2011, Harley-Davidson Motor Company, Inc. ("HDMC") moved the Court to Dismiss or Transfer Venue ("Dismissal Motion") of this case. The Dismissal Motion was filed with the Court as Document No. 21. HDMC also filed a Memorandum of Law in Support of the Dismissal Motion, which filing is Document No. 23 on the Court's docket.

    2.    St. Paul Motorsports, Inc. d/b/a St. Paul Harley-Davidson ("Plaintiff") opposed the Dismissal Motion by filing a Memorandum of Law which appears as Document No. 31 on the Court's docket.

    3.    The parties are attempting to negotiate an early resolution of their dispute and wish to avoid the unnecessary expenditure of time and resources of further litigation while that process occurs.

    4.    In light of the above, it is hereby stipulated by the parties, by their undersigned attorneys, that:

    (a)    the Dismissal Motion shall be denied without prejudice;

    (b)    HDMC shall be entitled to renew the Dismissal Motion, or bring a new dismissal motion, at any time on or after February 1, 2012. Plaintiff shall be entitled to file a memorandum in opposition to HDMC's motion within 14 days after service of

  notice of HDMC's motion and HDMC may file a reply brief within 7 days after service of Plaintiff's opposition.

(c) Plaintiff may bring a motion seeking further injunctive relief enjoining HDMC's enforcement of its Non-Retail Sales Policy for PAM and its Third-Party Internet Sales Policy at any time on or after February 1, 2012.  HDMC shall be entitled to file a memorandum, in opposition to Plaintiff's motion within 14 days after service of notice of Plaintiff's motion and Plaintiff may file a reply brief within 7 days after service of HDMC's opposition.

(d) No further answer or other response to Plaintiff's Complaint shall be required to be served by HDMC until 11 days after decision on HDMC's motion to dismiss or transfer under subparagraph (b) of this section.

(e) This case shall otherwise be held in abeyance until January 31, 2012, including but not limited to Rule 16 conferences.

Dated: November 23, 2011    s/ Liz Kramer
               Douglas R. Boettge #0237292
               Liz Kramer #0325089
               Lawrence J. Field #0125775
               LEONARD, STREET AND DEINARD
               150 South Fifth Street, Suite 2300
               Minneapolis, MN  55402
               (612) 335-1500
               *Attorneys for Plaintiff St. Paul Motorsports, Inc.*

Dated: November 23, 2011    s/  Daniel A. Haws
               Daniel A. Haws #0193501
               Kelly S. Hadac #0328194
               MURNANE BRANDT
               30 E. Seventh Street, Suite 3200
               St. Paul, Minnesota  55101-4919
               (651) 227-9411
               *Attorneys for Defendant*
               *Harley-Davidson Motor Company, Inc.*