# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

St. Paul Motorsports, Inc.,
d/b/a St. Paul Harley-Davidson,

Plaintiff,

v.

Harley-Davidson Motor Company, Inc.
d/b/a Harley-Davidson Motor Company,

Defendant.

Court File No.: 11-CV-03229 PJS/TNL

**ORDER HOLDING
CASE IN ABEYANCE**

Pursuant to the Stipulation to Hold Case in Abeyance filed by the parties:

**IT IS HEREBY ORDERED:**

1. Defendant Harley-Davidson Motor Company, Inc.'s ("HDMC") Motion to Dismiss or Transfer Venue (Docket No. 21) is denied without prejudice. HDMC shall be entitled to renew its Motion to Dismiss or Transfer Venue, or bring a new dismissal motion, at any time on or after February 1, 2012. Plaintiff shall be entitled to file a memorandum in opposition to HDMC's motion within 14 days after service of notice of HDMC's motion and HDMC may file a reply brief within 7 days after service of Plaintiff's opposition.

2. Plaintiff may bring a motion seeking further injunctive relief enjoining HDMC's enforcement of its Non-Retail Policy for PAM and its Third-Party Internet Sales Policy at any time on or after February 1, 2012. HDMC shall be entitled to file a memorandum, in opposition to Plaintiff's motion within 14 days after service of notice of Plaintiff's motion and Plaintiff may file a reply brief within 7 days after service of HDMC's opposition.

8318581v1

3. No further answer or other response to Plaintiff's Complaint shall be required to be served by HDMC until 11 days after decision on HDMC's motion to dismiss or transfer under paragraph 1 above.

4. This case shall otherwise be held in abeyance until January 31, 2012, including but not limited to Rule 16 conferences.

BY THE COURT:

Dated:    11/29   , 2011          s/Patrick J. Schiltz
                                                                        Patrick J. Schiltz
                                                                        United States District Judge